Case 17-24547-TPA    Doc 25    Filed 01/28/18    Entered 01/29/18 10:19:07    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/26/18 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> ANTHONY M. RENO, <br> **Debtor(s)** <br><br> AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL, <br> **Movant** <br><br> v. <br><br> ANTHONY M. RENO, <br> **Respondent(s)** <br><br> ROBERT H. SLONE, <br> **Trustee** | Bankruptcy No. 17-24547-TPA <br><br> Chapter 7 <br><br> Related To Document No. 18 <br><br> **Response Deadline:  1/22/18** <br><br> **Hearing Date:  2/15/18 at 10:30 AM** |

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This ___26th___ day of ___January___, 2018, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is

ORDERED that the above-captioned Motion is granted insofar as it requests relief from the automatic stay imposed by 11 U.S.C. §362 (and, to the extent that relief from the co-debtor stay was requested in the motion, relief from stay is granted under §1301).

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a Certificate Of Service.

_____
UNITED STATES BANKRUPTCY JUDGE

c:   William E. Craig, Esquire
     Morton & Craig LLC
     110 Marter Avenue, Suite 301
     Moorestown, NJ 08057
     (856) 866-0100
     bcraig@mortoncraig.com
     PA I.D. # 92329

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony M. Reno
    Debtor

Case No. 17-24547-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Jan 26, 2018
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db    +Anthony M. Reno,   338 Spiker Avenue,   Apartment B,   Belle Vernon, PA 15012-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
    James Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com
    Lauren M. Lamb    on behalf of Debtor Anthony M. Reno julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
    TOTAL: 6