UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 17-24547-TPA-7

Anthony M. Reno                                                                    Chapter 7
        Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 5, 2017 :

Lauren M. Lamb
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219 r
Pittsburgh, PA 15219

Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601

By ___/s/ Mandy Youngblood_____

Mandy Youngblood

xxxxx20245 / 943120