**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Anthony M. Reno, | ) | Case No. 17-24547 |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Lauren M. Lamb</u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Red Zone Reconditioning
105 C-9-382 Metro Drive
Anderson SC 29625-0000

By:   /s/ Lauren M. Lamb
Signature

Lauren M. Lamb
Typed Name

707 Grant Street, Suite 2830, Pittsburgh, PA 15219
Address

412-391-8000
Phone No.

PA I.D. # 209201
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**