# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
                                                      )
  Anthony M. Reno                               )
                                                      )    **Bankruptcy No.** 17-24547-TPA
                                                      )
                                                      )
**Filing Party Name and Address:**                    )
Lauren M. Lamb                                        )
Steidl & Steinberg                                    )
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

## Request for Filing Fee

An **Amended Schedule E/F** was filed in the above-referenced case on **February 6, 2018**.

The proper filing fee did not accompany this document ("NFR" was entered in the Receipt Number box during the filing of the Amendment, thus bypassing the payment of the fee electronically). A check in the amount of $**31.00** payable to Clerk, United States Bankruptcy Court must be submitted within four days of the date this request is issued.

Failure to pay the fee may cause the court to take additional action.

**Please submit a copy of this request with your payment.**

                                                       Michael R. Rhodes, Clerk
                                                       United States Bankruptcy Court
                                                       Western District of Pennsylvania
                                                       5414 U.S. Steel Tower
                                                       600 Grant Street
                                                       Pittsburgh, PA 15219

Date:  February 21, 2018                           By:  Lee Katsafanas
                                                            Deputy Clerk

---

**Instructions for Deputy Clerk:**                Filing Fee Paid:  $
Original and copy to filing party               Receipt No.
Copy attached to document
Copy to Financial Administrator

                                                                                       #92e-I