FILED
4/6/18 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Anthony M. Reno dba Gameday Memorabilia<br>　　　　　　　Debtor(s) | |
| Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1,<br>its successors and/or assigns<br>　　　　　　　Movant<br>　　　　　v.<br>Anthony M. Reno dba Gameday Memorabilia<br>　　　　　　　Respondent(s)<br>　　　　　and<br>Robert H. Slone Esq., Trustee<br>　　　　　　　Additional Respondent | BK. NO. 17-24547 TPA<br><br>CHAPTER 7<br>Related to Docket #____43____ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 6th day of     April   , 2018, at Pittsburgh, upon Motion of Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 335 Dinner Bell-Ohiopyle Rd, Farmington, PA 15437-1359 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

vas

Anthony M. Reno dba Gameday Memorabilia
338 Spiker Avenue
Apartment B
Belle Vernon, PA 15012

Lauren M. Lamb, Esq.
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburg, PA 15219

Robert H. Slone Esq.
223 South Maple Avenue
Greensburg, PA 15601

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 17-24547-TPA
Anthony M. Reno                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Apr 06, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.
db             +Anthony M. Reno,    338 Spiker Avenue,    Apartment B,    Belle Vernon, PA 15012-2406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One
               Mortgage Loan Trust 2007-FXD1 bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Anthony M. Reno
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6